Before the Second Division, September 25, 1968

**No. P68/406.**—Otto C. Ling & Son, Inc. *v.* United States, protests
58/17281, etc. (New York).

**No. P68/407.**—Otto C. Ling & Son, Inc. *v.* United States, protests
59/23056, etc. (New York).

**No. P68/408.**—R. H. Macy & Co., Inc. *v.* United States, protest 60/268
(New York).

**No. P68/409.**—Otto C. Ling & Son, Inc. *v.* United States, protests
60/3962, etc. (New York).

**No. P68/410.**—Raleigh Industries of America, Inc. *v.* United States,
protest 61/5002 (Seattle).

**No. P68/411.**—Seedman International Corp. et al. *v.* United States, protests 62/5339, etc. (Los Angeles).

**No. P68/412.**—Raleigh Industries of America, Inc. *v.* United States, protest 67/48677 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.